## STATE v. RETAIL CREDIT CO.
### 1 Div. 804.

Supreme Court of Alabama.
Dec. 7, 1933.

Smith & Johnston, of Mobile, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., and Wm. V. McDermott, of Mobile, for the State.

BOULDIN, Justice.

Petition of the Retail Credit Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in State v. Retail Credit Co., 25 Ala. App. 568, 151 So. 474.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.